UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANCISCO SOTOMAYOR and JOSE GAGO, on behalf of themselves and all others similarly situated,<br><br>                  Plaintiffs,<br><br>-against-<br><br>RXO LAST MILE INC.,<br><br>                  Defendant. | Case No.: 23-cv-2009-NGG-VMS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties in the above-captioned action, having resolved the arbitrations of Plaintiffs' claims, through their undersigned counsel, stipulate and agree as follows:

1. No party to this action is an infant or incompetent for whom a committee has been appointed;

2. There is no person not a party to this action who has any interest in the subject matter of this action; and

3. In accordance with Rule 41 of the Federal Rules of Civil Procedure, the parties respectfully request that this action be dismissed with prejudice, without costs or attorneys' fees.

Dated: November 22, 2024

| *Attorneys for Defendant* | *Attorneys for Plaintiffs* |
|---|---|
| By: _____<br>    Andrew Spurchise, Esq.<br>    Jennifer S. Kim, Esq.<br>    **LITTLER MENDELSON, P.C.**<br>    900 Third Avenue<br>    New York, NY 10022<br>    Tel: (212) 583-9600<br>    aspurchise@littler.com<br>    jeskim@littler.com | By: _____<br>    Troy Kessler, Esq.<br>    Garrett Kaske, Esq.<br>    **KESSLER MATURA, P.C.**<br>    534 Broadhollow Road, Suite 275<br>    Melville, NY 11747<br>    Tel: (631) 499-9100<br>    tkessler@kesslermatura.com<br>    gkaske@kesslermatura.com |

                                                        Harold Lichten, Esq.
                                                        Benjamin J. Weber, Esq.
                                                        **LICHTEN & LISS-RIORDAN, P.C.**
                                                        729 Boylston Street, Suite 2000
                                                        Boston, MA 02116
                                                        Tel: (617) 994-5800
                                                        hlichten@llrlaw.com
                                                        bjweber@llrlaw.com

Dated:   November _____, 2024

                                    SO ORDERED

                                    _____
                                    Hon. Nicholas G. Garaufis, U.S.D.J.

cc via ECF: Attorneys for all Parties

**So Ordered.**
 /s/ Nicholas G. Garaufis
Hon. Nicholas G. Garaufis
Date: 11/25/2024